IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br>BURR WOLFF, LP,<br>        Debtor. | §<br>§<br>§<br>§ | BANKRUPTCY NO. 06-37073-H3 |
| MARLIN LEASING CORP.,<br>        Appellant,<br>v.<br>JOSEPH M. HILL, TRUSTEE,<br>        Appellee. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-07-1497 |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order of today, the bankruptcy court's order of March 28, 2007, is **VACATED**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 10th day of October, 2007.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE